UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Felix A Zavala Cortez</u>
       Petitioner

V.

CIVIL ACTION

NO. <u>1:25-cv-13037-ADB</u>

<u>Patricia Hyde et al</u>
       Respondents

## ORDER OF DISMISSAL

<u>Burroughs, D. J.</u>

    In accordance with the Court's Memorandum and Order dated <u>November 13, 2025</u> DENYING Petitioner's Petition for Writ of Habeas Corpus, the Habeas petition is hereby DISMISSED without prejudice.

By the Court,

<u>December 1, 2025</u>                                                               /s/Caetlin McManus
    Date                                                                               Deputy Clerk